OSCN Found Document:ESTABLISHMENT OF THE 2019 UNIFORM MILEAGE REIMBURSEMENT RATE

 

 
 

 
 ESTABLISHMENT OF THE 2019 UNIFORM MILEAGE REIMBURSEMENT RATE
2018 OK 104
Decided: 12/19/2018
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2018 OK 104, __ P.3d __

 
NOTICE: THIS OPINION HAS NOT BEEN RELEASED FOR PUBLICATION. UNTIL RELEASED, IT IS SUBJECT TO REVISION OR WITHDRAWAL. 

Establishment of the 2019 Uniform Mileage Reimbursement Rate for Expenses Paid from the Court Fund
ORDER
Pursuant to the State Travel Reimbursement Act, 74 O.S. Section 500.4, reimbursement for authorized use of privately owned motor vehicles shall not exceed the amount prescribed by the Internal Revenue Code of 1986, as amended (26 U.S.C.A. section 1 et. seq.) For 2019, the standard business mileage rate prescribed by the Internal Revenue Service is $.58 per mile.
Therefore, the 2019 mileage rate which is reimbursed by the court fund, including, but not limited to jurors, interpreters and witnesses, shall be computed at $.58 cents per mile.
DONE BY ORDER OF THE SUPREME COURT THIS 19TH DAY OF DECEMBER, 2018.
/S/CHIEF JUSTICE